# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-031-176**

Effective Date of Registration:
March 29, 2017

## Title

**Title of Work:** Boyka Undisputed 4

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 28, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** UN4 Productions, Inc.
  **Author Created:** entire film
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** UN4 Productions, Inc.
318 N Carson St , # 208, Carson City,, NV, 89701

## Certification

**Name:** Rick Eyler
**Date:** March 28, 2017

**Copyright Office notes:** Regarding special handling request: Regarding special handling request: Claim upgraded for special handling per request received on May 4, 2017, due to copyright infringement lawsuits. Registration decision and certificate issued on May 11, 2017.

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.210.81.157 | 59171 | 2017-04-09 00:08:50 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Freeport | Stephenson |
| 2 | 73.72.217.184 | 32359 | 2017-04-09 00:11:11 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Barrington | Cook |
| 3 | 73.110.69.191 | 59044 | 2017-04-09 00:16:26 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Maywood | Cook |
| 4 | 98.206.105.169 | 29623 | 2017-04-09 00:26:25 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Oak Forest | Cook |
| 5 | 98.222.208.15 | 21019 | 2017-04-09 00:36:23 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 69.136.180.64 | 51367 | 2017-04-09 00:37:50 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 73.210.132.249 | 8999 | 2017-04-09 00:54:54 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | McHenry |
| 8 | 69.243.145.214 | 13186 | 2017-04-09 01:40:51 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Evanston | Cook |
| 9 | 98.228.181.208 | 6890 | 2017-04-09 02:28:44 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | DeKalb | DeKalb |
| 10 | 98.212.4.170 | 43615 | 2017-04-09 02:39:00 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 73.9.200.22 | 45477 | 2017-04-09 02:49:18 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 12 | 24.1.82.25 | 29366 | 2017-04-09 02:50:49 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 71.239.27.95 | 50866 | 2017-04-09 03:07:21 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 67.173.80.93 | 36289 | 2017-04-09 03:11:54 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Palatine | Cook |
| 15 | 73.75.2.51 | 28746 | 2017-04-09 04:22:22 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 73.110.37.84 | 1755 | 2017-04-09 04:29:50 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 73.209.48.138 | 48319 | 2017-04-09 05:18:28 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | Mount Prospect | Cook |
| 18 | 98.220.175.92 | 45467 | 2017-04-09 07:23:46 | Boyka.Undisputed.IV.2016.HDRip.XViD-ETRG | SHA1: C531900838E92C75A780D50C0BE74CC69BE72F6E | Comcast Cable | Illinois | McHenry | Lake |