**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UN4 Productions, Inc.
       Plaintiff,
v.            Case No.: 1:17−cv−04863
             Honorable Charles P. Kocoras
Does 1−18
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

  MINUTE entry before the Honorable Charles P. Kocoras: Motion for leave to take discovery prior to Rule 26(f) conference [9] is granted. Motion hearing set for 8/3/2017 is stricken, no appearance is required. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.